# EXHIBIT A



↑DETACH CHECK HERE
KEEP THIS STUB FOR YOUR RECORDS
Separe el cheque aquí
Guarde este talón para su archivo

STATEMENT OF EARNINGS AND DEDUCTIONS
ISSUE DATE 02/06/2007

| | CURRENT | YTD |
|---|---|---|
| GROSS | 640.50 | 1921.50 |
| NET | 611.50 | 1921.50 |

RECIPIENT:

PROVIDER:
STOIA            ANDREW      E

| | CURRENT | |
|---|---|---|
| MEMBER | 26.00 | |
| COPE FUND | 3.00 | |

FROM: 01/16/2007
TO:   01/31/2007    HOURS:  61.0

IHSS PROGRAM INFORMATION

ARREARS

$$ FOR INFORMATION ON THE EARNED INCOME TAX CREDIT $$ AND
FREE TAX PREPARATION - CALL THE IRS AT 1-800-829-1040

ISSUE DATE: 01/05/2017    Please contact your local IHSS county office for PAYMENT questions.

| Recipient | STOIA CONCETTA | | |
|---|---|---|---|
| Payee/Provider | STOIA ANDREW E | | |
| Service Period: 12/16/16 to 12/31/16 | | Timesheet # | |
| Process Date: 01/03/17 | | | |
| Pay Rate: $ 11.50 | | | |
| Hours Submitted | H 086 | M 08 | |
| Hours Not Paid | H 008 | M 26 | |
| Total Hours Paid | H 077 | M 42 | |
| Travel Hours | H 000 | M 00 | |
| Overtime Hours | H 000 | M 00 | |

| | Current | YTD |
|---|---|---|
| Regular * | 893.55 | 893.55 |
| Adjustment | .00 | .00 |
| Travel | .00 | .00 |
| Overtime | .00 | .00 |
| Total Gross | 893.55 | 893.55 |
| Net Pay | 804.47 | 804.47 |

| Deductions | Current | YTD |
|---|---|---|
| Federal | 19.56 | 19.56 |
| Addt Federal | .00 | .00 |
| State | .00 | .00 |
| Addt State | .00 | .00 |
| FICA | .00 | .00 |
| Medicare | .00 | .00 |
| SDI/DIEC | .00 | .00 |
| Share of Cost | .00 | .00 |
| Recovery | .00 | .00 |
| Lien | .00 | .00 |
| Health | .00 | .00 |
| Dues | 30.66 | 30.66 |
| Health Trust | .00 | .00 |
| COPE/PEOPLE | 3.00 | 3.00 |
| Initiation | .00 | .00 |
| Other Insurance | 35.86 | 35.86 |
| Total Deductions | 89.08 | 89.08 |

* Includes Overtime Hours at regular rate.