# EXHIBIT B



December 22, 2009

Dear SEIU

Since 2001 ive asked for membership dues and Cope fund not to be taken from my husbands p[ay] and youvie ignored all requests. Please contact me regarding this matter. We did not agree with this.

Sincerely,

Concetta Stora

Received
DEC 29 2009
BY: ADULT & AGING