# EXHIBIT C

IHSS WORKER
GARET GERMAN

RECEIVED
JAN 07 2020
SHASTA COUNTY
SOCIAL SERVICES

1-7-2020

MY PROVIDER SHOULD HAVE BEEN COMPENSATED FOR TAKING ME TO MEDICAL APPOINTMENTS AND LAUNDRY ERRANDS. (AS PROMISED.) ALSO, WE HAVE REQUESTED NUMEROUS TIMES NOT TO PAY MEMBERSHIP FEES BUT HAVE BEEN IGNORED. I HAVE CONTACTED MY IHSS WORKER SEVERAL TIMES IN THIS REGARD AND HAVE LEFT VARIOUS MESSAGES WITH THE HOPES HE WOULD RETURN MY ~~MESSA~~ CALLS SO WE COULD ADDRESS THESE ISSUES, TO NO AVAIL.

ATTACHED IS A LIST OF DOCTORS APPOINTMENTS, LAUNDRY ERRANDS FROM 2019 TO PRESENT AND MEMBERSHIP DUES WITHELD.

IT IS NOW JANUARY 2020; I'M SURE WE CAN WORK THIS OVERSIGHT OUT IN A TIMELY MANNER.

SINCERELY,
Concetta Stoia
CONCETTA STOIA