**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW STOIA, et al., | No.  2:20-CV-1760-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| BETTY YEE, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action.  Good cause appearing therefor, the initial scheduling conference in this matter set for January 13, 2021, at 10:00 a.m., before the undersigned in Redding, California, is vacated pending resolution of Defendants' motions to dismiss.

IT IS SO ORDERED.

Dated:  December 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE