Robert H. Tyler, Esq., CA Bar No. 179572
rtyler@tylerbursch.com
Mariah Gondeiro, CA State Bar No. 323683
mgondeiro@tylerbursch.com
TYLER & BURSCH, LLP
25026 Las Brisas Road
Murrieta, California 92562
Tel:   (951) 600-2733
Fax:   (951) 600-4996

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW STOIA;** and **MARY DELONGFIELD,** individuals, and on behalf of all similarly situated individuals; <br><br> Plaintiffs, <br><br> vs. <br><br> **SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 2015,** a labor organization; **BETTY T. YEE,** in her official capacity as State Controller of the State of California; and **XAVIER BECERRA,** in his official capacity as Attorney General of California <br><br> Defendants. | Case No.:  2:20-CV-01760-KJM-DMC <br><br> **ORDER** |

**1**
**Order**

**ORDER**

UPON CONSIDERATION of the Stipulated Request, notwithstanding its skepticism that the maximum number of pages will be needed to fully brief plaintiffs' position, the court hereby **grants** plaintiffs leave to file a single brief of no more than forty (40) pages in opposition to the Defendants' motions to dismiss.

**IT IS SO ORDERED.**

Dated: April 1, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE